IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LINUS EKENE,** | Case No. 2:24-cv-00159-TLN-DMC-P |
| Plaintiff, | **ORDER** |
| v. | |
| **J. MARQUINA, et al.,** | |
| Defendants. | |

Good cause shown, Defendants' Motion for an Extension of Time, ECF No. 16, to respond to Plaintiff's complaint is GRANTED. Defendants' deadline to file a responsive pleading is extended to August 6, 2024.

**IT IS SO ORDERED**.

Dated: July 15, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE