**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINUS EKENE, | No.  2:24-CV-0159-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| J. MARQUINA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court are the following motions relating to discovery: (1) Plaintiff's motion entitled "Plaintiff's Request for the Court to Order Defendants to Conduct a Fair Deposition," ECF No. 35; and (2) Plaintiff's motion for issuance of a subpoena duces tecum, ECF No. 42.

In his motion relating to his deposition, Plaintiff seeks various accommodations.  See ECF No. 35.  Specifically, Plaintiff asks the Court to order that he be provided headphones to reduce background noise due to a hearing impairment.  See id.  Plaintiff also asks the Court to order that a videographer be present due to Plaintiff's accent.  See id.  In their response to Plaintiff's motion, Defendants state that, while Plaintiff refused to attend his previously noticed deposition due to lack of requested accommodations, they are willing to accommodate Plaintiff's requests in a further deposition.  See ECF No. 36.  Given that no motions relating to Plaintiff's

1

deposition have been filed since Defendants indicated their willingness to accommodate Plaintiff's request at a further deposition, the Court presumes the issues have been resolved to the parties' satisfaction. Plaintiff's motion for accommodations, ECF No. 35, will therefore be denied as moot.

In his motion for issuance of a subpoena, Plaintiff asks the Court to direct the Clerk of the Court to issue a subpoena directed to the California Department of Corrections and Rehabilitation for production of documents from Plaintiff's central prison file, including his medical file. Plaintiff's motion will be denied because Plaintiff has been free throughout this litigation to obtain his own records by way of institutional request.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions relating to discovery, ECF Nos. 35 and 42, are denied.

Dated: February 3, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2