IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LINUS EKENE,** | Case No. 2:24-cv-0159-TLN-DMC-P |
| Plaintiff, | **ORDER** |
| v. | |
| **J. MARQUINA, et al.,** | |
| Defendants. | |

For good cause shown, Defendants' Motion to File Succaw's Deposition Transcript Under Seal, ECF No. 45, is GRANTED.  Pursuant to Local Rule 141(b), the Clerk of Court shall lodge under seal Succaw's deposition transcript in support of Defendants' cross motion for summary judgment.

**IT IS SO ORDERED.**

Dated:  February 11, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1