**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINUS EKENE, | No.  2:24-CV-0159-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| J. MARQUINA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court are Plaintiff's motions for an extension of time to file an opposition to Defendants' cross-motion for summary judgment.  See ECF Nos. 53 and 54. Good cause appearing therefor based on Plaintiff's declarations indicating the need for additional time due to his current confinement in restricted housing, which limits his law library access, Plaintiff's motions will be granted to the extent the Court will temporarily stay this action. Plaintiff's motions indicate that he has filed an appeal to be released from restricted housing, which he states will take at least 60 days to be resolved.  While Plaintiff requests an additional 60 days to file an opposition brief, there is no indicating in either of Plaintiff's motions that he will actually be released from restricted housing within 60 days.  The Court will, therefore, temporarily stay this action and require Plaintiff to submit periodic reports on the status of his confinement and access to his legal materials.  Plaintiff is cautioned that failure to file status

1

reports as directed by this order may result in dismissal of the entire action for lack of prosecution and failure to comply with court rules and orders.  See Local Rule 110.

Accordingly, IT IS HEREBY ORDERED as follows:

1.      Plaintiff's motions for an extension of time, ECF Nos. 53 and 54, are granted to the extent the Court will temporarily stay this action and briefing on the pending cross-motion for summary judgment.

2.      This action is stayed, and the Clerk of the Court is directed to administratively terminate the parties' cross-motions for summary judgment, ECF Nos. 37 and 48, as pending motions.

3.      Within 60 days of the date of this order, and every 30 days thereafter until otherwise directed, Plaintiff shall file a report on the status of his confinement and access to his legal materials.

4.      Once Plaintiff has indicated his release from restricted housing and access to his legal materials, the Court will lift the temporary stay of proceedings.

5.      Plaintiff's opposition to Defendants' cross-motion for summary judgment will be due within 30 days from the Court's order lifting the stay of proceedings.

Dated:  March 13, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2