**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINUS EKENE,<br>Plaintiff,<br>v.<br>J. MARQUINA, et al.,<br>Defendants. | No. 2:24-cv-0159-TLN-ICD-P<br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are Plaintiff's motions for an extension of time to file an opposition to Defendants' cross-motion for summary judgment. See ECF Nos. 56, 59, 60, 61, 62, 63, and 65.

On March 13, 2026, the Court issued an order temporarily staying these proceedings pending Plaintiff's access to his legal materials. ECF No. 55. That order required Plaintiff to submit periodic status reports. Id. The order further provided that, once the stay if lifted, the Court would set deadlines for completion of briefing on Defendants' cross-motion for summary judgment. Id. To date, Plaintiff has not filed a status report, instead filing the pending motions for an extension of time. Plaintiff's latest filing at ECF No. 65 indicates that he remains separate from his legal materials following a prison transfer. The Court construes this filing as Plaintiff's status report and otherwise denies Plaintiff's requests for an extension of time as unnecessary consistent with the March 13, 2026, order. Plaintiff will again be required to submit periodic status reports and is cautioned that failure to do so within the time provided may result in dismissal of the action for lack of prosecution and failure to comply with court rules and orders. See E.D. Cal. L.R. 110.

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's filing at ECF No. 65 is construed as Plaintiff's status report.

2. Plaintiff's motions for an extension of time, ECF Nos. 56, 59, 60, 61, 62, 63, and 65, are denied as unnecessary.

3. Within 30 days of the date of this order, and every 30 days thereafter until otherwise directed, Plaintiff shall file a report on the status of his confinement and access to his legal materials.

4. Once Plaintiff has indicated his release from restricted housing and access to his legal materials, the Court will lift the temporary stay of proceedings and set deadlines for completion of briefing on Defendants' cross-motion for summary judgment.

Dated: October 16, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE